AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 97-072(SEC) |
| **JOSE A. VEGA-FIGUEROA, ET AL** | |

To the Clerk of this court and all parties of record:

    Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.


November 7, 2007  
*Date*

/s/Warren Vázquez  
*Signature*

Warren Vázquez  
*Print Name*

350 Torre Chardon, Suite 1201  
*Address*

Hato Rey, Puerto Rico 00918  
*City*

(787) 766-5656  
Phone Number

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY, that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

  At San Juan, Puerto Rico, November 7, 2007.

                  S/Warren Vázquez
                  Warren Vázquez - 125413