AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE             DISTRICT OF         PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | APPEARANCE |
|     Plaintiff, | |
|     v. | CASE NO. 97-0072(SEC) |
| **CESAR COLON RIVERA, ET AL.** | |
|     Defendants. | |

To the Clerk of this Honorable Court and all parties of record:

    Kindly enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

<u>November 15, 2007</u>
Date

    s\<u>Ilianys Rivera Miranda</u>
    Ilianys Rivera Miranda - 223006
    Assistant U.S. Attorney
    Torre Chardon, Room 1201
    350 Carlos Chardon Avenue
    San Juan, PR 00918
    Tel. (787) 766-5656
    Ilianys.Rivera@usdoj.gov

**Notice of Appearance**
US v. César Colón Rivera, et al.
Criminal No. 97-0072(SEC)
Page 2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to notify the counsels of record.

      At San Juan, Puerto Rico, this 15th day of November, 2007.

                                          s\Ilianys Rivera Miranda
                                          Ilianys Rivera Miranda - 223006
                                          Assistant U.S. Attorney