JUAN R. MERCED-MORALES
Reg. No. *14729-069*
F.C.C. Yazoo City (medium)
P.O. Box 5888
YAZOO CITY, MS 39194-5888

**CERTIFIED MAIL**

7004 2890 0001 1068 5603



FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5050
YAZOO CITY, MS 39194

THE ENCLOSED **LETTER WAS PROCESSED**
ON *01/22/08* THROUGH SPECIAL
MAILING PROCEDURES.

The letter has **neither been opened or** inspected if
the writer raises **a question** or problem over which
this facility has **jurisdiction**, you may wish to
return the material for further information or
clarification. If the writer has enclosed
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, ROOM 150
SAN JUAN, PUERTO RICO 00918-1767



0000    00918

"""""""LEGAL MAIL"""""""